UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL No. 1:10-cr-10194-MLW |
| | ) | |
| JAMES LUKE CASSELL, | ) | |
| Defendant | | |

### DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE/REDUCTION IN SENTENCE

The Defendant, James Luke Cassell, respectfully moves this Honorable Court to grant him Compassionate Release/Reduction in Sentence.

As reasons therefore, the Defendant states that his father suffers from Stage 4 prostrate and bladder cancer and his health is rapidly declining. Chemotherapy treatments have been cancelled due to being ineffective and he is currently undergoing clinical trials at Massachusetts General Hospital Cancer Center. The Defendant is to be released from FCI Raybrook NY, where to date he has been incarcerated for 23 months, to the half way house in Lawrence MA on April 15, 2014 until August 15, 2014. This relief would allow the Defendant to start his supervised release immediately, return to work, start repayment of restitution and assist his ailing father.

The Defendant further states, this motion is based on the Federal Bureau of Prison's Program Statement 5050.49, dated August 12, 2013, Compassionate Release/Reduction in Sentence: Procedures for implementation of 18 U.S.C. 3582 (c)(1)(A) 4205 (g) and specifically Program Statement 571.61 Initiation of request- extraordinary or compelling circumstances.

Accordingly, the Defendant respectfully requests that this Honorable Court grant him compassionate release/reduction in sentence on April 15, 2014.

Respectfully Submitted,

*James Luke Cassell* VAC

James Luke Cassell #92902038
FCI Raybrook
PO Box 900
Raybrook, NY 12977

Dated: February 26, 2014

*As the Director of the BOP has not moved for a modification of defendant's sentence this court lacks the authority to address this Motion on its merits - See 18 USC. § 3582 (c)(1)(A). Accordingly, it is hereby DENIED.   Wolf, DJ.   4/4/14*